CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JUN 0 5 2019

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

United States of America )
v. )
Samantha Marie Miller ) Case No. 1:19mj70
)
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of October 3, 2018 & pms 6/5/19 bev in the county of Pulaski in the Western District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841 | Possess with the Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brandon C. Vines, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/5/19

_____
*Judge's signature*

City and state: Abingdon, VA

Pamela Meade Sargent, USMJ
*Printed name and title*

# AFFIDAVIT OF BRANDON VINES, SPECIAL AGENT, DEPARTMENT OF JUSTICE, BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

I, Brandon Vines, being duly sworn, do hereby depose and state:

## Introduction

1. Your Affiant, Brandon Vines, is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), United States Department of Justice, and has been employed in such capacity since December 2013. Your Affiant has successfully completed the Criminal Investigator Training Program and the ATF Special Agent Basic Training Academy at the Federal Law Enforcement Training Center, located in Glynco, Georgia, where your Affiant received specialized training in the investigation of federal crimes involving firearms, alcohol and tobacco diversion, arson and explosives and narcotics. Your Affiant is currently assigned to the Washington Field Division, Bristol Field Office, which investigates violations of federal firearms laws, violent crime and armed narcotics trafficking. During my tenure with ATF, one of my primary duties has been investigating firearms and narcotics trafficking enterprises. During my time with the ATF, I have received training on narcotics and firearms trafficking and the methods used by narcotics and firearms traffickers. In addition, I have been involved in arrests and interviews of narcotics and firearms traffickers. I have also been involved in wiretap investigations and the execution of search warrants in relation to narcotics and firearms trafficking. As a result, I am familiar with the manner and means of narcotics and firearms trafficking.

2. Prior to my employment with ATF, I was a sworn police officer with the Memphis Police Department for over five years. Throughout my career as a sworn police officer with the Memphis Police Department, I have participated in numerous investigations and prosecutions involving state firearms and drug-related offenses

3. This affidavit is made in support of complaint against Samantha Marie Miller, charging her with possession with intent to distribute controlled substances on October 3, 2018, in the Western District of Virginia, in violation of 21 U.S.C. § 841(a)(1).

4. MILLER'S criminal history includes the following arrest. On June 29, 2018, MILLER was arrested in Georgia for conspiracy to commit a misdemeanor and giving to or possession by inmates prohibited (felony). MILLER is awaiting trial on the above charges.

5. The following information contained in this affidavit is based on my training and experience, my personal observations in this investigation, including information learned from interviews, and information provided to me by other law enforcement officials. Not all of the facts of the investigation known to me are contained herein, only those necessary to establish probable cause for the stated offense.

## Summary of the Investigation

6.     Your affiant has been involved in an investigation related to the violation of federal methamphetamine trafficking laws by Samantha Marie MILLER. The investigation, conducted in conjunction with the Claytor Lake Regional Drug Task Force and ATF, has included surveillance, interviews with defendants, and multiple arrest.

### October 3, 2018: Arrest of Samantha Miller and Hopson

7.     On October 02, 2018, the CLRDTF utilized a Confidential Source, herein referred to as CS-2, to make arrangements to have a quantity of crystal meth delivered to him/her at a hotel in Dublin, VA. The CS made several phone calls and sent text messages back and forth for several hours to set up the time and location of the delivery. The CS was communicating with an individual in prison who appeared to be a Hispanic male to arrange the delivery and a driver who would bring the crystal meth to the CS.

8.     On October 2, 2018 at 12:12 p.m., CS-2 placed a recorded telephone call to the delivery driver who he/she knows as Amina at telephone number 470-409-6231. Amina was later identified as Samantha MILLER. Below is the telephone call in its entirety.

> MILLER: What's up?
> CS: Hey, what are you doing?
> MILLER: Sick as hell trying to get ready. I got some shit I got to do today.
> CS: Oh yeah, so you aint up for a trip.
> MILLER: I think I've got two trips already today, shit.
> CS: Am I one of them?
> MILLER: U/I the fuck out. I don't think so. I think, I thought, I don't know. It was supposed to be Tennessee is what I was told yesterday. And then this morning my guy messaged me and said Tennessee and North Carolina. And I was like, what the fuck.
> CS: um hmm.
> MILLER: So right now I'm trying to rent a car cause I need brakes on mine and I don't feel like waiting for mine to get fixed. So I'm just going to rent a car and.
> CS: Oh well they sent me a text saying let me know when you're ready. And I'm been beyond ready.
> MILLER: And all I got, I aint even got that much. I'm going to have to do another pickup. Because right now, I have your half that I was supposed to bring up last time. That's it. And I don't think homeboy is pulling his phone out until 5 or 6.
> CS: Yeah, I tried to call him and its going straight to voicemail, so.
> MILLER: Yeah, he told me he would get a hold of me around 5 or 6. All I can do is email my guy and tell him to have him pull his phone out. To find out exactly what's going on. Cause I will have to do another pickup if I do anything.
> CS: Yeah

MILLER: Uh, I know I will have Tennessee stuff with me. Which isn't the same as yours.
CS: Yeah.
MILLER: But that's a four hour trip. I could probably have that done and over with as soon as I pick this car up. By the time he pulls his damn phone out I will be on my way back.
CS: Yeah, so what do you want to shoot for tomorrow then?
MILLER: Yeah, probably tomorrow morning maybe or afternoon.
CS: Alright
MILLER: Just to be sure.
CS: Alright, well.
MILLER: U/I, and I will make sure, I will get in touch with them too. Like I said, they are supposed to get in touch with me at 5 or 6. So, we will see what happens then but if you get in touch with them before then, then maybe you can make it happen.
CS: Yeah, yeah I mean if I was to talk to them I probably could but like you said right now their phones are off, so.
MILLER: Um hmm, my guy too. Cause I just tried calling him too and he aint got his out either. So I don't know if their doing something today or what.
CS: Yeah, their probably doing a shakedown or something.
MILLER: Right, U/I careful.
CS: Alright.
MILLER: Alright, well let me know if you hear anything else.
CS: Alright.
MILLER: Alright bye
CS: Alright bye.

9. On October 02, 2018 following the call with MILLER, CS-2 received a telephone call from what appeared to be a Hispanic male. Investigators recorded the telephone call. Based on your affiants experience and knowledge of the case, your affiant believes that CS-2 and the Hispanic male were discussing the amount of crystal meth to be delivered.

10. The CS arranged to meet MILLER at the Holiday Inn located at 4428 Cleburne Boulevard, Dublin, Virginia 24084. The CLRDTF along with the CS waited at the hotel in preparation for the arrival of MILLER. At approximately 4:40 a.m., on October 3, 2018, the CS received a text message from MILLER stating that she would arrive in twenty minutes. The text message was sent from telephone number 470-409-6231. CLDTF surveillance teams were occupying the parking lot of the hotel in preparation for MILLER to arrive.

11. On October 3, 2018 at approximately 5:10 a.m., MILLER arrived in the parking lot. CS-2 exited the hotel and approached the vehicle. MILLER exited the front passenger side of the vehicle and began walking toward the hotel and the CS. MILLER was carrying a notebook and a Victoria's Secret shopping bag. CLRDTF members detained MILLER and located approximately 3.2 pounds of suspected crystal meth inside of the Victoria's Secret bag. The driver

of the vehicle was detained and later arrested by CLRDTF members. The white female that possessed the suspected crystal meth was then identified as Samantha MILLER. The driver was identified as Jennifer HOPSON.

## Conclusion

Therefore, based on the facts set forth above, your affiant believes there is probable cause to believe that the defendant Samantha Miller possessed with intent to distribute a controlled substance on October 3, 2018, in the Western District of Virginia, in violation of 21 U.S.C. § 841(a)(1).

Affiant:

Brandon Vines
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and subscribed in my presence this 5th day of June 2019.

Honorable Pamela M. Sargent
United States Magistrate Judge