CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JUL 10 2019

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 1:19CR00034 |
| SAMANTHA MARIE MILLER | : | |
| | : | Violations: 21 U.S.C. § 841 |

## INFORMATION

### COUNT ONE

The United States Attorney charges that:

1. On or about October 3, 2018, in the Western District of Virginia and elsewhere, SAMANTHA MARIE MILLER knowingly possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

2. All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

DATE: 10th day of July, 2019.

_____
THOMAS T. CULLEN by AUSA S.C.J.
United States Attorney

USAO#2018R00189

1